McAVOY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Thomas F. McAvoy against the Press Publishing Company. C. B. Brophy, of New York City, for appellant. H. R. Limburg, of

New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.